**Order entered January 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00629-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

The reporter's record in this appeal has not been filed despite three orders to court reporter Glenda E. Finkley directing her to file it. Because the appeal cannot proceed until the issue of the reporter's record is resolved, we **ORDER** Ms. Finkley to file the reporter's record **no later than January 17, 2018**. We expressly **CAUTION** Ms. Finkley that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/ ADA BROWN
JUSTICE